IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 10-0030-CG-C |
| ) | |
| TIM SHELTON, as Schoolmaster of ) | |
| Central Christian School, ) | |
| An Integrated Education ) | |
| Ministry of the Church at Central, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 3rd Order, Petitioner, the United States of America, and Respondent, Tim Shelton, as Schoolmaster of Central Christian School, an integrated Education Ministry of The Church at Central, through their undersigned counsel, submit this joint status report.

1. The United States filed this action to enforce an Internal Revenue Service ("IRS") summons issued to Respondent. The summons directs the Respondent to give testimony and to produce books, papers, records, and other data as described therein. The United States asserts that this information is needed to assist in its investigation into the potential employment tax liability of Central Christian School, an integrated Education Ministry of The Church at Central, ("CCS") for all periods during the years ending December 31, 2005 and December 31, 2006. As of the date this Petition was filed, Respondent had refused to produce any of the requested information.

2. After the United States filed this action, Respondent agreed to produce all of the

information requested by the summons, except for CCS' general ledger.  In turn, the United States agreed to review the information that CCS agreed to produce in order to determine whether production of the general ledger was necessary.  Accordingly, the parties jointly moved the Court to continue all deadlines in this matter for 120 days to permit production and review of the information that CCS agreed to produce.  That motion was granted by Order dated March 3, 2010, and the parties were directed to file a joint status report no later than July 1, 2010.

   3. On May 3, 2010, the United States received CCS' response to the summonses.  Following review of that information, on May 25, 2010, the United States advised CCS that clarification was needed regarding some of the information that had been provided.  The United States received CCS' response to that request for clarification on or about June 28, 2010.

   4. Because CCS' response to the United States' request for clarification was received only a few days ago, the Revenue Agent assigned to the matter has not had sufficient time to determine whether additional information is needed.  It is expected, however, that this review will be completed within 30 days, and that the parties will then be able to advise the Court as to whether further proceedings in this matter are necessary.  Accordingly, absent any further action or instruction from the Court, the parties will provide an additional joint status report within 30 days.

JOHN A. DICICCO
Acting Assistant Attorney General
Tax Division

BY: s/ Patrick J. Hannon
    PATRICK J. HANNON
    MA Bar No. 664958
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 14198
    Ben Franklin Station
    Telephone: (202) 305-7921
    patrick.j.hannon@usdoj.gov

  Charles E. McFarland
(With express permission by Patrick J. Hannon)
Charles E. McFarland
338 Jackson Rd.
New Castle, Kentucky 40050
mcfarlandc@bellsouth.net
Washington, D.C. 20044
(502) 845-2754

*Counsel for Respondent*

KENYEN R. BROWN
United States Attorney
Southern District of Alabama

BY: s/ Charles Baer
    (With express permission by Patrick J. Hannon)
    Charles Baer (BAERC6865)
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: 251-415-7161
    Fax: 251-441-5051
    charles.baer@usdoj.gov

*Counsel for United States of America*

## **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing JOINT STATUS REPORT has been made by electronically filing with the CM/ECF system, which will serve a copy upon all counsel of record, this 1st day of July, 2010:

                                          /s/ Patrick J. Hannon
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice
                                     Post Office Box 14198
                                     Ben Franklin Station
                                     Washington, D.C.  20044