IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 10-0030-CG-C |
| ) | |
| TIM SHELTON, as Schoolmaster of ) | |
| Central Christian School, ) | |
| An Integrated Education ) | |
| Ministry of the Church at Central, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**STATUS REPORT**

Pursuant to the Court's July 1st Order, Petitioner, the United States of America, through undersigned counsel, submit this status report.

1. The United States filed this action to enforce an Internal Revenue Service ("IRS") summons issued to Respondent. The summons directs the Respondent to give testimony and to produce books, papers, records, and other data as described therein. The United States asserts that this information is needed to assist in its investigation into the potential employment tax liability of Central Christian School, an integrated Education Ministry of The Church at Central, ("CCS") for all periods during the years ending December 31, 2005 and December 31, 2006. As of the date this Petition was filed, Respondent had refused to produce any of the requested information.

2. After the United States filed this action, Respondent agreed to produce all of the information requested by the summons, except for CCS' general ledger. In turn, the United States agreed to review the information that CCS agreed to produce in order to determine

whether production of the general ledger was necessary. Accordingly, the parties jointly moved the Court to continue all deadlines in this matter for 120 days to permit production and review of the information that CCS agreed to produce. That motion was granted by Order dated March 3, 2010, and the parties were directed to file a joint status report no later than July 1, 2010.

      3.      On May 3, 2010, the United States received CCS' response to the summonses. Following review of that information, on May 25, 2010, the United States advised CCS that clarification was needed regarding some of the information that had been provided. The United States received CCS' response to that request for clarification on or about June 28, 2010.

      4.      Because CCS' response to the United States' request for clarification was received only a few days before the Court's July 1st deadline, the parties filed a joint status report advising the Court that additional time was needed for the Revenue Agent assigned to the matter to determine whether additional information is needed. Accordingly, by Order dated July 1, 2010, the Court directed the United States to file another status report within 30 days.

      5.      Although the Revenue Agent has completed his review of the information provided thus far by CCS, he has determined that additional information is needed. Specifically, the remaining issues concern the status of school workers (i.e., whether they are employees or ministers). Because it appears that CCS does not posses any documents that contain the information needed to resolve these issue, it may be necessary for the Respondent to provide testimony on the matter as required by the summons.

      6.      In an effort to avoid requiring live testimony on these issues, CCS has agreed to answer written interrogatories, which the United States served on July 19th. After reviewing CCS' responses to the interrogatories – which are due by August 18th – the United States will

determine whether it is necessary for Respondent to appear and give testimony.  In the event that CCS fully answers the interrogatories and additional information is not needed, the United States anticipates that this action will be promptly dismissed.  In the event that the United States does not voluntarily dismiss this case within 30 days, it will file an additional status report by August 23, 2010.

>JOHN A. DICICCO
>Acting Assistant Attorney General
>
>Tax Division
>
>BY:  s/ Patrick J. Hannon
>     PATRICK J. HANNON
>     MA Bar No. 664958
>     Trial Attorney, Tax Division
>     U.S. Department of Justice
>     Post Office Box 14198
>     Ben Franklin Station
>     Telephone  (202) 305-7921
>     patrick.j.hannon@usdoj.gov
>
>
>KENYEN R. BROWN
>United States Attorney
>Southern District of Alabama
>
>BY: s/ Charles Baer
>   (With express permission by
>   Patrick J. Hannon)
>   Charles Baer (BAERC6865)
>   Assistant United States Attorney
>   63 South Royal Street, Suite 600
>   Mobile, Alabama 36602
>   Telephone: 251-415-7161
>   Fax: 251-441-5051
>   charles.baer@usdoj.gov
>
>*Counsel for United States of America*

2449951.1

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing JOINT STATUS REPORT has been made by electronically filing with the CM/ECF system, which will serve a copy upon all counsel of record, this 25th day of July, 2010:

                /s/ Patrick J. Hannon
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 14198
                Ben Franklin Station
                Washington, D.C.  20044