IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 10-0030-CG-C |
| | ) | |
| TIM SHELTON, as Schoolmaster of | ) | |
| Central Christian School, | ) | |
| An Integrated Education | ) | |
| Ministry of the Church at Central, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The parties having filed a joint stipulation of dismiss with prejudice on this date (Doc. 26), this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their respective costs, including any attorney's fees or other expenses of this litigation.

**DONE and ORDERED** this 8th day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE